UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DON KING PRODUCTIONS, INC.,

   Plaintiff

v.

LA CUEVA DEL CANGREJO, et al.,

re: **El Volcán Pub a/k/a Colmado Cafetín El Volcán**, Ramón Barreto, his wife (individually, and their Conjugal Partnership, all of them d/b/a El Volcán Pub,

   Defendants

CIVIL NO. 04-2339(HL)

## DEFAULT JUDGMENT

Plaintiff has instituted this action pursuant to the Communications Act of 1934, 47 U.S.C. § 605. The Clerk having previously entered default and upon motions for entry of judgment on default (see, Docket Nos. 15, 30, 45), and a hearing on default having been held on this same date, the Court finds for the plaintiff. Accordingly, Default Judgment is hereby entered as to co-defendants **El Volcán Pub a/k/a Colmado Cafetín El Volcán, Ramón Barreto, his wife (individually) and their Conjugal Partnership, all of them d/b/a El Volcán Pub**, are each ordered to pay plaintiff statutory damages in the amount of $10,000.00, plus jointly and severally $1,000.00 in attorney's fees, and costs.

**Date**: April 25, 2006

s/ Héctor M. Laffitte
HECTOR M. LAFFITTE
U.S. DISTRICT JUDGE